**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-6339**

───────────

RAYMOND FREDERICK GILLEY,

                                        Plaintiff - Appellant,

        versus


JAMES B. HUNT; MACK JARVIS; CHARLES G.
STEVENS; JAMES PIERCE; JOSEPH LOFTIS; CLYDE
MORRIS; C. LOWNES, Doctor; DONNIE CHANDLER;
CHERYL SMITH; D. DANIELS; R. PRICE; D. DAIL,

                                        Defendants - Appellees.


───────────

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham.  James A. Beaty, Jr., District
Judge.  (CA-97-1274-1)

───────────

Submitted:  July 8, 1999          Decided:  July 14, 1999

───────────

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Raymond Frederick Gilley, Appellant Pro Se.  Joan Herre Erwin,
Assistant Attorney General, Raleigh, North Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Raymond Frederick Gilley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gilley v. Hunt, No. CA-97-1274-1 (M.D.N.C. Feb. 24, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2